IN THE

TENTH COURT OF APPEALS

 




 
 
 
 
 
 
 


 

 



No. 10-09-00177-CV

 

In re
William R. Vance, Jr., Individually and as Independent Executor of the Estate
of Florence K. Grace, Deceased

 

 



Original Proceeding

 



ORDER OF RECUSAL










 

            I hereby recuse myself from further
participation in this case.  Tex. Code
Jud. Conduct, Cannons 1, 2, and 3, reprinted in Tex. Gov’t Code Ann., tit. 2, subtit. G app. B (Vernon 2005);
Tex. R. App. P. 16.2; and Tex. R. Civ. P. 18b(2)(a).

 

 

                                                                        TOM
GRAY

                                                                        Chief
Justice

 

                                                                        Date:
  June ___, 2009